**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INELL WELLS | CIVIL ACTION<br>NO. 07-4740 |
| VERSUS | |
| STATE FARM FIRE & CASUALTY CO. | SECTION M |

**ORDER**

  Before the Court are two motions from Intervening Plaintiff , the Law Office of Paul C. Miniclier, PLC,(Miniclier) which are unopposed by Plaintiff and appear meritorious.  After consideration of the motions and the applicable law, the motion to vacate is granted in part and the motion to stay pending arbitration is granted.

  Miniclier filed an Intervention in this case to allegedly protect the interests of the firm for legal services and costs incurred while the firm represented the plaintiff Inell Wells.  The Order of intervention (#26) was signed by the Magistrate Judge and entered May 8, 2006.  Miniclier now requests that this Court vacate its Order of Dismissal (#29) entered May 15, 2008, for the purposes of resolving the issues of the intervention and further requests that this Court stay the case while the matter is submitted to binding arbitration with the Louisiana Bar Association.

  Accordingly, the Motion to Vacate (#30) is **GRANTED IN PART**; the case remains dismissed as to Defendant State Farm, but shall remain open only for the purposes of the intervention. The Motion to Stay (#31) is **GRANTED.**

  New Orleans, Louisiana, this 9th day of July, 2008.

                    _____
                      Peter Beer
                  United States District Judge